# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 52 WAL 2015
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
KAMMERON MCKENZIE, :
:
                Petitioner :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 31st day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.